UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Terri Melby-Schaefer,

           Plaintiff,

vs.                                                                                   ORDER ADOPTING
                                                                                      REPORT AND RECOMMENDATION

Michael J. Astrue, Commissioner
of the Social Security Administration,

           Defendant.                     Civ. No. 07-2197 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.     That this action is dismissed for failure to comply with this Court's Order of October 5, 2007, for failure to effect proper service on the Defendant Michael J. Astrue, and for lack of prosecution.

2.     That the Defendant's Motion to Dismiss for Lack of Prosecution [Docket No. 2] is granted.

Dated: 12/4/07                                                s/Patrick J. Schiltz
                                                                     Patrick J. Schiltz, Judge
                                                                     United States District Court